# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>      Plaintiff,<br><br>  v.<br><br>KYLE LEWIS, et al.,<br><br>      Defendants. | 1:13-cv-00820-LJO-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF Nos. 16, 17, 18)<br><br>FOURTEEN-DAY DEADLINE |

      Plaintiff St. Michael Balzarini ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed his first amended complaint on September 10, 2013. The Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated a cognizable claim against Defendants Ulit and Agtarap for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

      On May 15, 2014, the Court issued an order finding service of the first amended complaint appropriate and directing Plaintiff to prepare and submit service documents for Defendants Wayne Ulit, M.D., and LVN-CF Agtarap within thirty days. (ECF No. 15.) By separate order the Court issued Findings and Recommendations that Defendants Lewis, Schwartz, Wang and Swanberger be dismissed, that Plaintiff's retaliation claim be dismissed and that Plaintiff's request for declaratory and injunctive relief be dismissed from this action. The

1

1  Findings and Recommendations were served on Plaintiff and contained notice that any
2  objections were to be filed within thirty days.  (ECF No. 14.)
3         In lieu of objections, Plaintiff submitted a second amended complaint, which was lodged
4  with the Court on June 18, 2014.  (ECF No. 16.)  Shortly thereafter, on June 25, 2014, Plaintiff
5  submitted service documents.  (ECF No. 17.)  On the same date, the Court issued an order
6  directing the United States Marshal to serve the first amended complaint on Defendants Ulit and
7  Agtarap.  (ECF No. 18.)
8         Plaintiff's submission of a second amended complaint is not consistent with his return of
9  the service documents to initiate service of the first amended complaint on Defendants Ulit and
10 Agtarap.  Plaintiff must clarify his intention for the Court.  If Plaintiff intends to proceed on his
11 second amended complaint, the Court will recall the order directing service of the first amended
12 complaint by the United States Marshal and will then screen the second amended complaint to
13 determine if it states a cognizable claim.
14        Accordingly, within fourteen (14) days, Plaintiff shall notify the Court in writing if he
15 intends to proceed on his first amended complaint or if he wishes the Court to recall its service
16 order and screen the second amended complaint.

18 IT IS SO ORDERED.

19    Dated:   **June 25, 2014**                    /s/ *Barbara A. McAuliffe*
20                                                  UNITED STATES MAGISTRATE JUDGE