# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE LEWIS, et al.,<br><br>　　　　Defendants. | 1:13-cv-00820-LJO-BAM (PC)<br><br>ORDER RECALLING ORDER DIRECTING USM TO SERVE AMENDED COMPLAINT AND DIRECTING A COPY OF THIS ORDER TO BE SERVED ON THE UNITED STATES MARSHAL  (ECF No. 18)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN DEFENDANTS AND CLAIMS ISSUED ON MAY 15, 2014  (ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED SECOND AMENDED COMPLAINT  (ECF No. 16) |

　　　　Plaintiff St. Michael Balzarini ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 21, 2014, the Court screened Plaintiff's original complaint.  The Court found that the complaint stated a cognizable Eighth Amendment claim against Defendants Ulit and Agtarap, but failed to state any other cognizable section 1983 claim.  Accordingly, the Court ordered Plaintiff to either file an amended complaint or notify the Court of his intention to proceed only on the cognizable claim against Defendants Ulit and Agtarap.

　　　　Plaintiff filed his first amended complaint on September 10, 2013.  The Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated a cognizable claim against

Defendants Ulit and Agtarap for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On May 15, 2014, the Court issued an order finding service of the first amended complaint appropriate and directing Plaintiff to prepare and submit service documents for Defendants Wayne Ulit, M.D., and LVN-CF Agtarap within thirty days. (ECF No. 15.) By separate order the Court issued Findings and Recommendations that Defendants Lewis, Schwartz, Wang and Swanberger be dismissed, that Plaintiff's retaliation claim be dismissed and that Plaintiff's request for declaratory and injunctive relief be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days. (ECF No. 14.)

In lieu of objections, Plaintiff submitted a second amended complaint, which was lodged with the Court on June 18, 2014. (ECF No. 16.) Shortly thereafter, on June 25, 2014, Plaintiff submitted service documents. (ECF No. 17.) On the same date, the Court issued an order directing the United States Marshal to serve the first amended complaint on Defendants Ulit and Agtarap. (ECF No. 18.)

As Plaintiff's submission of a second amended complaint was not consistent with his return of the service documents to initiate service of the first amended complaint on Defendants Ulit and Agtarap, the Court required Plaintiff to clarify his intention. Specifically, on June 25, 2014, the Court directed Plaintiff to notify the Court in writing if he intends to proceed on his first amended complaint or if he wishes the Court to recall its service order and screen the second amended complaint. (ECF No. 21.)

On July 10, 2014, Plaintiff filed a notice of his intent to amend the complaint. Although not entirely clear, it appears that Plaintiff wishes to proceed on the second amended complaint. (ECF No. 23.) Therefore, the Court will recall its service order and screen the second amended complaint, which was lodged with the Court on June 25, 2014. Plaintiff is advised that the Court will screen the second amended complaint in due course.

///

///

For the reasons stated, IT IS HEREBY ORDERED as follows:

1. The order to serve the first amended complaint, issued on June 25, 2014, is RECALLED;
2. The Clerk's Office is directed to serve a copy of this order on the United States Marshals Service;
3. The Findings and Recommendations regarding dismissal of certain defendants and claims, issued on May 15, 2014, is VACATED; and
4. The Clerk of the Court is directed to file the second amended complaint, which was lodged with the Court on June 18, 2014.

IT IS SO ORDERED.

Dated: **July 17, 2014**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE