# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYLE LEWIS, et al.,<br><br>　　　　Defendants. | 1:13-cv-00820-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR ORDER TO SHOW CAUSE FOR A PRELIMINARY AND TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 20, 22) |

　　　　Plaintiff St. Michael Balzarini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On June 30, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for an order to show cause for a preliminary injunction and temporary restraining order, filed June 25, 2014, be denied with prejudice for lack of jurisdiction.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. More than fourteen days have passed and Plaintiff has not filed any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The Findings and Recommendations, issued on June 30, 2014, are adopted in full; and

1

2. Plaintiff's motion for an order to show cause for a preliminary injunction and temporary restraining order, filed June 25, 2014, is DENIED, with prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **July 28, 2014** /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE