# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>    Plaintiff,<br><br>  v.<br><br>KYLE LEWIS, et al.,<br><br>    Defendants. | 1:13-cv-00820-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN DEFENDANTS AND CLAIMS<br>(ECF No. 26) |

Plaintiff St. Michael Balzarini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 28, 2014, the Magistrate Judge issued Findings and Recommendations that this action proceed on Plaintiff's second amended complaint, filed on July 17, 2014, against Defendants Ulit and Agtarap for violations of the Eighth Amendment; Defendants Lewis, Schwartz, Wang and Swanberger be dismissed from this action based on Plaintiff's failure to state a cognizable claim against them; and Plaintiff's claim of retaliation and his requests for injunctive and declaratory relief be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days. More than thirty days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on July 28, 2014, are adopted in full;

2. This action shall proceed on Plaintiff's second amended complaint, filed on July 17, 2014, against Defendants Ulit and Agtarap for violations of the Eighth Amendment;

3. Defendants Lewis, Schwartz, Wang and Swanberger are dismissed from this action based on Plaintiff's failure to state a cognizable claim against them; and

4. Plaintiff's claim of retaliation and his requests for injunctive and declaratory relief are dismissed from this action.

IT IS SO ORDERED.

Dated:   **September 13, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE