# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE LEWIS, et al.,<br><br>  Defendants. | 1:13-cv-00820-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR SANCTIONS<br>(ECF Nos. 40, 50) |

Plaintiff St. Michael Balzarini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 12, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for sanctions, filed on November 12, 2014, be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. More than fourteen days have passed and no timely objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on May 12, 2015, are adopted in full; and

1

2. Plaintiff's motion for sanctions, filed on November 12, 2014, is denied.

IT IS SO ORDERED.

Dated: **June 10, 2015**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE