# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ST. MICHAEL BALZARINI, | ) | 1:13-cv-00820-LJO-BAM (PC) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION |
| v. | ) ) | FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT OR PLEADING IN CLOSED |
| KYLE LEWIS, et al., | ) ) | ACTION (ECF No. 58) |
| Defendants. | ) ) ) | |

Plaintiff St. Michael Balzarini ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 22, 2015, the Court granted Defendants' motion for partial summary judgment, revoked Plaintiff's in forma pauperis status, and dismissed the action without prejudice. Judgment was entered pursuant to the Court's order and the action was closed. (ECF Nos. 56, 57.)

On July 22, 2015, Plaintiff filed the instant motion requesting leave to file a supplemental complaint or pleadings pursuant to Federal Rule of Civil Procedure 15(d). (ECF No. 58.) As this action has been dismissed and the case closed, Plaintiff's motion is moot. Accordingly, Plaintiff's motion for leave to file a supplemental complaint or pleading, filed on July 22, 2015, is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 23, 2015**           /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

1